UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL T. DODGE,

                Plaintiff,

     v.

KING COUNTY JAIL, et al.,

                Defendants.

CASE NO. C14-0215-RSL

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

     The Court, having reviewed plaintiff's second amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation;

     (2)    Defendants' motion for summary judgment (Dkt. 33) is GRANTED;

     (3)    Plaintiff's second amended complaint and this action are DISMISSED with prejudice; and

     (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

     DATED this 7th day of July, 2015.

                                               /s/ Robert S. Lasnik
                                               Robert S. Lasnik
                                                United States District Judge